**IT IS ORDERED**

**Date Entered on Docket: August 3, 2023**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

IN RE:

**LA FAMILIA PRIMARY CARE, P.C.,**             Case No. 23-10566-t11
**A New Mexico Professional Corporation,**

### <u>***EX PARTE* ORDER SCHEDULING FINAL HEARING ON DEBTOR'S EMERGENCY MOTION FOR ORDER FINDING AND ORDERING THAT PATIENT CARE OMBUDSMAN IS NOT NECESSARY ON AUGUST 7, 2023 AT 10:30 A.M.; AND SHORTENING DEADLINE TO OBJECT THERETO**</u>

THIS MATTER came before the Court on Debtor's Emergency Motion for Ex Parte Order Shortening Time to Object to Debtor's Emergency Motion for Order Finding and Ordering That Patient Care Ombudsman Is Not Necessary and to Set Final Hearing thereon on August 7, 2023 at 10:30 a.m., filed herein on August 2, 2023 [Doc. 31]; and the Court, having reviewed such Motion and being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

A.  The Final Hearing upon Debtor's Emergency Motion for Order Finding and Ordering That Patient Care Ombudsman Is Not Necessary [Doc. 30] shall be held on <u>August 7,</u>

2023 at 10:30 a.m., before the Honorable David A. Thuma, in the Jemez Courtroom, Third Floor, Pete Domenici U.S. Courthouse;

B.  Objections to Debtor's Motion for Order Finding and Ordering That Patient Care Ombudsman Is Not Necessary [Doc. 30] may be filed, in written form, prior to the Final Hearing, as set above, or may be raised verbally during the Final Hearing;

C.  Debtor's counsel shall file and notice of the Final Hearing and Deadline to Object to the Debtor's Emergency Motion for Order Finding and Ordering That Patient Care Ombudsman Is Not Necessary and serve a copy thereof on all parties included on the mailing matrix in this case, via first class U.S. Mail, postage prepaid, and to all parties and counsel having entered an appearance in this Case by electronic service through the cm/ecf electronic filing system.

### END OF ORDER ###

Submitted by:

BUSINESS LAW SOUTHWEST, LLC

*/s/ Shay Elizabeth Meagle*
Shay Elizabeth Meagle
6801 Jefferson St. NE, Suite 210
Albuquerque, NM 87109
Telephone (505) 848-8581
Email: Shay@BusinessLawSW.com
*Bankruptcy Counsel for Debtor*