# Notice Recipients

District/Off: 1084−1          User: admin                    Date Created: 8/3/2023

Case: 23−10566−t11           Form ID: pdfor1                Total: 1

**Recipients of Notice of Electronic Filing:**

aty          Shay Elizabeth Meagle          shay@businesslawsw.com

TOTAL: 1
