UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

LA FAMILIA PRIMARY CARE, P.C.,    Case No. 23-10566-t11

    Debtor.

## ORDER REGARDING APPOINTMENT OF PATIENT CARE OMBUDSMAN

Before the Court is the Debtor's Emergency Motion for an Order Finding and Ordering that Appointment of Patient Care Ombudsman is Not Necessary, filed August 2, 2023, doc. 30 (the "Motion"). For the reasons given in the opinion entered herewith, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is granted. The Court will not appoint a patient care ombudsman.

                                                          Hon. David T. Thuma
                                                          United States Bankruptcy Judge

Entered: August 17, 2023
Copies to: Counsel of Record