# Notice Recipients

District/Off: 1084–1      User: admin      Date Created: 8/17/2023

Case: 23–10566–t11      Form ID: pdfor1      Total: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

tr      Debtor in Possession

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion20.aq.ecf@usdoj.gov |
| tr | Brian Foltyn | bfoltyn@redw.com |
| aty | J Kerwin Hollowwa | jkhollowwa@shha.net |
| aty | Jaime A. Pena | jaime.a.pena@usdoj.gov |
| aty | James A Artley | jartley@shha.net |
| aty | Manuel Lucero | manny.lucero@usdoj.gov |
| aty | Mary L. Johnson | mary.l.johnson@usdoj.gov |
| aty | Shay Elizabeth Meagle | shay@businesslawsw.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      La Familia Primary Care, P.C.      190 Hospital Dr.      Raton, NM 87740

TOTAL: 1